UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

UBILSER ALFONSO VASQUEZ-MIRANDA,
a/k/a DENILSON VASQUEZ-MIRANDA,

                                      **INDICTMENT**

       Defendant.

_____/

       The Grand Jury charges:

### Assaulting, Resisting, or Impeding Federal Officer

On or about April 20, 2026, in Kent County, in the Southern Division of the Western District of Michigan,

**UBILSER ALFONSO VASQUEZ-MIRANDA,
a/k/a DENILSON VASQUEZ-MIRANDA,**

forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with A.Z., a United States Department of Homeland Security Enforcement and Removal Operations officer, while he was engaged in the performance of official duties, in that the defendant then and there made physical contact with, and inflicted bodily injury on, said officer while he was attempting to determine the defendant's identity.

18 U.S.C. § 111(a), (b)

A TRUE BILL

[ /s/ Redacted ]
_____

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

DONALD DANIELS
Assistant United States Attorney